**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES W. D'AMICO on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WASTE MANAGEMENT OF NEW YORK, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Case No. 6:18-cv-06080-FGP-MJP<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF JAMES W. D'AMICO'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION COSTS, AND SERVICE AWARD FOR THE <u>CLASS REPRESENTATIVES</u>**

Plaintiff James W. D'Amico, on behalf of himself and all others similarly situated, by and through his attorneys, hereby respectfully moves this Court for final approval of the Settlement Agreement. (ECF. No. 80-1). Plaintiff requests that this Court: (1) grant final approval of the Settlement as set forth in the Settlement Agreement; (2) finally certify the Class for settlement purposes only; (3) finally appoint the Plaintiff as class representative; (4) finally appoint Plaintiff's counsel, Steven Liddle and Nicholas Coulson of Liddle & Dubin, P.C. and Jan Smolak of Michaels & Smolak, as Class Counsel; (5) grant Plaintiff's request for attorneys' fees to Class Counsel in the amount of $579,000; (2) grant reimbursement of litigation expenses to Class Counsel in the amount of $20,204.44; and (3) grant a class service award to the Class Representative in the amount of $5,000.

WHEREFORE, and for the reasons stated in the accompanying brief, Plaintiff, on behalf of himself and the proposed Plaintiff Class, respectfully requests that the Court grant the relief

requested above and enter the proposed order granting final approval (**Exhibit 1**, Proposed Final Order Granting Approval of Settlement).

Dated: November 19, 2020                               **Respectfully submitted,**

*s/ Nicholas A. Coulson*
Steven D. Liddle
Nicholas A. Coulson
LIDDLE & DUBIN PC
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@ldclassaction.com
ncoulson@ldclassaction.com

Jan M. Smolak
MICHAELS & SMOLAK, P.C.
Office and P.O. Address
17 East Genessee Street, Suite 401
Auburn, New York 13021 (
315) 253-3292
smolak@michaels-smolak.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2020, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will transmit a copy to all counsel of record in this action.

s/ Nicholas A. Coulson
Attorney for Plaintiff and the Putative Class
